IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3140 |
| v. | ) | |
| JEROME LANELLE COLEMAN, | ) | ORDER |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that:

(1) The hearing on the motion (filing 93) to reduce the defendant's sentence is rescheduled to Friday, December 2, 2011, at 12:30 p.m.

(2) The defendant will not be physically present at the hearing and the United States Marshal Service need not obtain his presence.

DATED this 4th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge